**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 99-1145**

JEFFREY W. HAYES,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Charles H. Haden II, Chief District Judge. (CA-98-27-2)

Submitted: June 15, 1999          Decided: August 17, 1999

Before MICHAEL and MOTZ, Circuit Judges, and HALL,[*] Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Roger D. Forman, FORMAN & CRANE, L.C., Charleston, West Virginia, for Appellant. James A. Winn, Chief Counsel, Patricia M. Smith,

---

[*] Senior Judge Hall was assigned to the panel for this case but died prior to the time the decision was filed. The decision is filed by a quorum of the panel. 28 U.S.C. § 46(d).

Deputy Chief Counsel, Nicole Appalucci, Assistant Regional Counsel, Office of the General Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Rebecca A. Betts, United States Attorney, Kelly R. Curry, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey W. Hayes appeals from the district court's order adopting the report and recommendation of a magistrate judge and granting summary judgment to the Commissioner in his action for social security disability benefits. The Commissioner's determination that a significant number of jobs exists in the national economy that Hayes could perform is supported by substantial evidence. See 42 U.S.C.A. § 423(d)(2)(A) (West 1994 & Supp. 1999); Smith v. Schweiker, 795 F.2d 343, 345 (4th Cir. 1986); McLain v. Schweiker, 715 F.2d 866, 869 (4th Cir. 1983).

Because substantial evidence supports the Commissioner's decision, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately set forth in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2